UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 06-92-B-S |
| ) | |
| ) | |
| WENDY DUNLEA ) | |

## ORDER ON MOTION TO CORRECT RESTITUTION ORDER

Pursuant to Federal Rule of Criminal Procedure 36, the Government has requested this Court to correct the Restitution Order previously issued as part of the Judgment and Commitment in this case (Docket No. 23). Defendant has no objection. The Motion is **GRANTED**. The Order of Restitution is amended to indicate that the Defendant is ordered to pay the sum of $20,143.67 to Chase MasterCard and to pay Lewis Faulkingham and Betty Faulkingham nothing.

SO ORDERED.

/s/George Z. Singal
George Z. Singal, Chief Judge
U.S. District Court

Dated: September 6, 2007